### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| MAURICE W. JOHNSON, | : |
| **Plaintiff,** | : **Case No. 2:25-cv-1142** |
| v. | : **JUDGE ALGENON L. MARBLEY** |
| ANNETTE CHAMBERS-SMITH, *et al.*, | : **MAGISTRATE JUDGE JOLSON** |
| **Defendants.** | : |

### OPINION & ORDER

On October 28, 2025, the United States Magistrate Judge issued a **Report and Recommendation** ("R&R") in this case (ECF No. 5), recommending that this Court dismiss Plaintiff's case in light of Plaintiff's Voluntarily Motion to Dismiss (ECF No. 4). Plaintiff's objection was due within 14 days of the issuance of the R&R and the Magistrate Judge warned that no further extensions would be granted. (ECF No. 5). Given Plaintiff's Motion to Voluntarily Dismiss and the fact that no objection has been filed, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation (ECF No. 5) and Plaintiff's Voluntary Motion to Dismiss (ECF No. 4) is **GRANTED**.  This case is hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:  June 22, 2026**

1